**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BYRON BREEZE, JR., *individually,* | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:22-cv-916-TSC |
| | * |
| 2323 TTTDC ON 18TH, LLC d/b/a | * |
| Town Tavern, a *District of Columbia* | * |
| *limited liability company*, | * |
| RACHEL ASKARINAM WAGNER, | * |
| *individually*, and ELIZABETH MAKRIS, | * |
| *individually*, | * |
| | * |
| Defendants. | * |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE,

JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with

Prejudice as to all Defendants.

Dated this 8th day of June 2022.

BASHIAN & PAPANTONIOU, P.C.

By:

*/s/ Erik M. Bashian, Esq.*_____
Erik M. Bashian, Esq.
*Attorney for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
Email: eb@bashpaplaw.com
(516) 279-1554

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of Court using CM/ECF this 16th day of June, 2022.

By:     *<u>/s/ Erik M. Bashian, Esq.</u>*
  ERIK M. BASHIAN, ESQ.
eb@bashpaplaw.com
D.C. Bar No. 1657407